## Commonwealth v. Bartol, Appellant.

Argued September 12, 1972. *Joseph J. Musto,* for appellant; *Jerome L. Cohen,* Assistant District Attorney, *Daniel F. Daley,* First Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement, the record is remanded to the court below for an evidentiary hearing on appellant's motion to withdraw his guilty pleas.

## Commonwealth v. Boyer, Appellant.

Argued September 13, 1972. *Charles F. G. Smith,* for appellant; *George T. Brubaker,* Assistant District Attorney, with him *Ronald L. Buckwalter,* Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Boyer, Appellant.

Argued September 13, 1972. *Charles F. G. Smith,* for appel-